# EXHIBIT A



10/23/2017

https://www.facebook.com/sorrynotsorrynyc/photos/a.1106475859443107.1073741827..1106383594440026/420833339159119 0/?type=3&theater

(34) Sorry Not Sorry Restaurant Bar & Lounge - Posts

1/1

# Brenda Geiger



**Sorry Not Sorry Restaurant Bar & Lounge**
Like This Page · February 21 ·

#bestdealinqueensonathursday
Thursday, February 23rd 2017
at SORRY NOT SORRY
OPEN BAR ————————
Arrive early, tables get snatched fast....
See More



Like        Comment        Share

Write a comment...




# EXHIBIT B




# Claudia Sampedro



**sorrynotsorrynyc**  Following

**sorrynotsorrynyc** #sorrynotsorry #foresthills #springbreak #YOUAREVIP #dresstoimpress #newyork #happyhour

♡

**shawnelliottluxuryrealestate**, **enjoymybeautifuldaily**, **finewinedirect**, **showcase_realty_nyc**, **daniikbaby**, **dijibz** and **sorrynotsorrynyc** like this

MARCH 24, 2016

Add a comment...

# EXHIBIT C






# EXHIBIT D

# Jessa Hinton



**Sorry Not Sorry Restaurant Bar & Lounge**
Like This Page · February 10 ·

#sorrynotsorrynyc #birthdaypackages #music  by @djtinonyc #dresscode 👗 #foresthills #celebrate #cocktails 🍸 #sponsored by @corfugrill

Like   Comment   Share

2

Write a comment...

10/23/2017
(34) Sorry Not Sorry Restaurant Bar & Lounge - Posts
https://www.facebook.com/sorrynotsorrynyc/photos/a.1106475585943107.1073741827.1106383959440264/1474286886909/?type=3&theater
1/1

# EXHIBIT E





